IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| OWEN BELL )<br>    Plaintiff, )<br>v. )<br> )<br>MARK DIETZ & CO., N5ZX, INC. )<br>COLE REED and WILLIAM BRYAN )<br>FARNEY & CO. )<br>    Defendants. ) | CASE NO. 3:16-2064<br>Chief Judge Crenshaw<br>Magistrate Judge Frensley |

## REPORT AND RECOMMENDATION

Pending before the Court is the Defendants' Joint Motion for Judgment on the Pleadings (Docket No. 52) and supporting memorandum (Docket No. 53). For the reasons stated herein, the undersigned recommends that the Defendants' Motion be Granted and that the Complaint be dismissed with prejudice.

The Complaint in this matter was filed pro se by Owen Bell asserting various causes of action arising out of a prior law suit brought against Mr. Bell by the Defendants. The complaint alleged various "misrepresentations and falsifications" which allegedly occurred in the course of the prior lawsuit.

The Court granted a Motion for Substitution of Bankruptcy Trustee as the real party in interest based upon Plaintiff's listing of his claim as property of the estate on his bankruptcy schedules in the United States Bankruptcy Court for the Middle District of Tennessee. Docket No. 32.

The Defendants have moved for judgment on the pleadings asserting that Plaintiff's claims are barred by litigation/testimonial privilege even taking the allegations of the Complaint as true for purposes of Rule 12 (c) of the Federal Rules of Civil Procedure. Docket No. 53, pp. 5-6.

The Trustee has filed a response to the Defendants' Joint Motion for Judgment on the

Pleadings wherein he asserts that he has reviewed the Defendants' motion and investigated the matter and finds "no basis to oppose Defendants' motion." Docket No. 54.

Because the allegations of the complaint appear to arise out of the prior litigation they are subject to the litigation/testimonial privilege and because the real party in interest has indicated that there is no opposition to defendants' joint motion, the undersigned recommends that the Motion for Judgment on the Pleadings be GRANTED and that this action be dismissed with prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has ten (10) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have ten (10) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within ten (10) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

   /s/ Jeffery S. Frensley
**JEFFERY S. FRENSLEY**
**U. S. Magistrate Judge**